IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANDRA M. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:14cv68-WHA |
| | )  (WO) |
| ABI-MONTGOMERY DIVISION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #10), entered on March 24, 2014, and the Plaintiff's Objection thereto (Doc. #11), filed on April 2, 2014.

Following an independent evaluation and *de novo* review of the entire file in this case the court finds the Plaintiff's objections to be without merit. The objections do no more than reiterate the arguments presented in the Complaint and Amendment to Complaint, and the court agrees with the Magistrate Judge's findings in that regard. Therefore, it is hereby ORDERED as follows:

1. Plaintiffs' Objections are OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. The Plaintiff's § 1983 claims presented against the named Defendants are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i)(ii), and/or (iii).

4. The Plaintiff's challenges to the criminal charge pending against him before state court are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The Complaint as amended is DISMISSED prior to service of process.

Done this 2nd day of June, 2014.

/s/ W. Harold Albritton

W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

2