IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANDRA M. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:14cv68-WHA |
| | )     (WO) |
| ABI-MONTGOMERY DIVISION, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order entered on this date, Final Judgment is entered in favor of the Defendants and against the Plaintiff. The Complaint as amended is DISMISSED prior to service of process.

Done this 2nd day of June, 2014.

/s/ W. Harold Albritton

W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE